MEMORANDUM OPINION


No. 04-08-00761-CV



Maria T. ROMAN,


Appellant 



v.



CHASE BANK USA, N.A.,


Appellee



From the 38th Judicial District Court, Uvalde County, Texas


Trial Court No. 8-04-26336-CV


Honorable Mickey R. Pennington, Judge Presiding




PER CURIAM

 

Sitting: Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice


Delivered and Filed: May 13, 2009


REVERSED AND RENDERED


 Appellee has filed an agreed Motion to Reverse Trial Court's Confirmation of Arbitration
Award and Render Final Judgment. We grant the motion. The trial court's judgment dated July 22,
2008 is hereby reversed and the Arbitration Award is vacated. Tex. R. App. P. 43.2(c). Costs of
appeal are taxed against the party who incurred them. 

 PER CURIAM